IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



MARCUS SWAREZ BATES                                          PLAINTIFF

vs.                                              CIVIL ACTION NO. 3:04-cv-273 WS

JAY HOUSTON, ET AL.                                         DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the motion of defendants for summary judgment be granted and the plaintiff's complaint be dismissed with prejudice.

SO ORDERED, THIS THE 22nd DAY OF December, 2005.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE